IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**LG ELECTRONICS, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.**<br><br>    Defendants. | Case No. 2:14-cv-911-JRG-RSP (lead case)<br><br>Case No. 2:14-cv-912- JRG-RSP (consolidated)<br><br>Jury Trial Demanded |

## ORDER GRANTING-IN-PART JOINT MOTION TO INCREASE  CLAIM CONSTRUCTION BRIEFING PAGE LIMITS

Before the court is Plaintiff Core Wireless Licensing S.à.r.l. and Defendants LG Electronics, Inc. and LG Electronics Mobilecomm U.S.A., Inc.'s Joint Motion to Increase Claim Construction Briefing Page Limits.  Having considered the motion and submission of the parties, the Court GRANTS-IN-PART the Joint Motion to Increase Claim Construction Briefing Page Limits.  Plaintiff's opening claim construction brief shall be no longer than 50 pages, Defendants' responsive claim construction brief shall be no longer than 50 pages, and Plaintiff's reply claim construction brief shall be no longer than 15 pages.  The Court will not consider any sur-reply briefing absent a showing of exceptional circumstances.

Based the parties' representations regarding the number of disputed terms in this case, the Court further ORDERS the parties to meet and confer to further reduce the number of disputed terms to be resolved through claim construction.

**SIGNED this 26th day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE