# EXHIBIT J-2

# LG's Proposed Verdict Form

# (-912 Case)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CORE WIRELESS LICENSING | ) | |
| S.A.R.L., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | **Civil Action No. 2:14-cv-911 (lead case)** |
| v. | ) | **Civil Action No. 2:14-cv-912 (consolidated)** |
| | ) | |
| LG ELECTRONICS, INC., and LG | ) | **JURY TRIAL DEMANDED** |
| ELECTRONICS MOBILECOMM | ) | |
| U.S.A., INC. | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## LG ELECTRONICS, INC. AND LG ELECTRONICS MOBILECOMM U.S.A., INC.'S PROPOSED VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

As used herein, "Core Wireless" means Core Wireless Licensing S.a.r.l. and "LG" means "LG Electronics, Inc." and "LG Electronics Mobilecomm U.S.A., Inc." As used herein, "'321 Patent" means U.S. Patent No. 6,266,321; "'151 Patent" means U.S. Patent No. 6,477,151; "'536 Patent" means U.S. Patent No. 6,633,536; "'143 Patent" means U.S. Patent No. 6,978,143; "'850 Patent" means U.S. Patent No. 7,804,850; "'049 Patent" means U.S. Patent No. 8,165,049; "'398 Patent" means U.S. Patent No. 8,792,398;"'634 Patent" means U.S. Patent No. 5,946,634; "'022 Patent" means U.S. Patent No. 7,383,022; "'271 Patent" means U.S. Patent No. 7,529,271; "'664 Patent" means U.S. Patent No. 7,599,664; "'818 Patent" means U.S. Patent No. 7,782,818; and "'828 Patent" means U.S. Patent No. RE44,828.

**QUESTION 1:**

Did Core Wireless prove by a preponderance of the evidence that LG infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

**'321 Patent**

        Claim 8     _____

        Claim 10     _____

        Claim 14     _____

**'151 Patent**

        Claim 14     _____

**'536 Patent**

        Claim 1     _____

        Claim 17     _____

        Claim 19     _____

**'143 Patent**

        Claim 17     _____

        Claim 18     _____

**'850 Patent**

        Claim 21     _____

**'049 Patent**

        Claim 11     _____

        Claim 14     _____

        Claim 15     _____

**'398 Patent**

    Claim 10    _____

**'634 Patent**

    Claim 1    _____

    Claim 4    _____

    Claim 23    _____

**'022 Patent**

    Claim 7    _____

**'664 Patent**

    Claim 14    _____

    Claim 16    _____

    Claim 17    _____

**'271 Patent**

    Claim 20    _____

**'818 Patent**

    Claim 31    _____

    Claim 34    _____

    Claim 43    _____

**'828 Patent**

    Claim 20    _____

3

ANSWER QUESTIONS 2 THROUGH 14 ONLY AS TO THOSE CLAIMS YOU
ANSWERED "YES" FOR QUESTION 1 ABOVE – OTHERWISE STOP AND DO NOT
ANSWER ANY FURTHER QUESTIONS.

**QUESTION 2:**

Did LG prove by clear and convincing evidence that any of the asserted claims of the
following patents are invalid?

**If you find the claims invalid, answer "Yes," otherwise, answer "No."**

**'321 Patent**

> Claim 8          _____

> Claim 10         _____

> Claim 14         _____

**'151 Patent**

> Claim 14         _____

**'536 Patent**

> Claim 1          _____

> Claim 17         _____

> Claim 19         _____

**'143 Patent**

> Claim 17         _____

> Claim 18         _____

**'850 Patent**

> Claim 21         _____

**'049 Patent**

    Claim 11   _____

    Claim 14   _____

    Claim 15   _____

**'398 Patent**

    Claim 10   _____

**'634 Patent**

    Claim 1   _____

    Claim 4   _____

    Claim 23   _____

**'022 Patent**

    Claim 7   _____

**'664 Patent**

    Claim 14   _____

    Claim 16   _____

    Claim 17   _____

**'271 Patent**

    Claim 20   _____

**'818 Patent**

    Claim 31   _____

    Claim 34   _____

    Claim 43   _____

5

**'828 Patent**

Claim 20   _____

ANSWER QUESTION 3 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE
ASSERTED CLAIMS OF THE '321 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 3:**

What sum of money, if paid now in case, do you find from a preponderance of the
evidence would fairly and reasonably compensate Core Wireless for infringement of the '321
patent?

$_____

ANSWER QUESTION 4 ONLY IF YOU HAVE FOUND THE ASSERTED CLAIM OF THE
'151 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 4:**

What sum of money, if paid now in case, do you find from a preponderance of the
evidence would fairly and reasonably compensate Core Wireless for infringement of the '151
patent?

$_____

ANSWER QUESTION 5 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE
ASSERTED CLAIMS OF THE '536 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 5:**

What sum of money, if paid now in case, do you find from a preponderance of the
evidence would fairly and reasonably compensate Core Wireless for infringement of the '536
patent?

$_____

ANSWER QUESTION 6 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE
ASSERTED CLAIMS OF THE '143 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 6:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '143 patent?

$_____

ANSWER QUESTION 7 ONLY IF YOU HAVE FOUND THE ASSERTED CLAIM OF THE '850 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 7:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '850 patent?

$_____

ANSWER QUESTION 8 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '049 PATENT OR THE '398 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 8:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '049/'398 patents?

$_____

ANSWER QUESTION 9 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '634 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 9:**

8

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '634 patent?

$_____

ANSWER QUESTION 10 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '022 PATENT OR THE '664 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 10:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '022/'664 patents?

$_____

ANSWER QUESTION 11 ONLY IF YOU HAVE FOUND THE ASSERTED CLAIM OF THE '271 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 11:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '271 patent?

$_____

ANSWER QUESTION 12 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '818 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 12:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '818 patent?

$_____

ANSWER QUESTION 13 ONLY IF YOU HAVE FOUND THE ASSERTED CLAIM OF THE '828 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 13:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '828 patent?

$_____

ANSWER QUESTION 14 ONLY IF YOU ANSWERED AT LEAST ONE OF QUESTIONS 3 THROUGH 13.

**QUESTION 14:**

Are the amounts of money you found in Questions 3 through 13 one-time lump sums for past and future sales, or royalties for past sales only?

**Check one of the following:**

One-time lump sums     _____

-OR-

Royalties for past sales _____

ANSWER QUESTIONS 15 AND 16 ONLY IF YOU FOUND AT LEAST ONE CLAIM INFRINGED AND NOT INVALID.

**QUESTION 15:**

Did LG prove by a preponderance of the evidence that the sales of chipsets by Qualcomm were authorized under a license?

**Check one of the following:**

Yes         _____

-OR-

No         _____


**QUESTION 16:**

Did LG prove by a preponderance of the evidence that Core Wireless is barred by patent exhaustion from enforcing the asserted patents?

**Check one of the following:**

Yes         _____

-OR-

No         _____