# EXHIBIT J-3
# LG's Proposed Verdict Form (Single Trial)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,**    ) <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> **LG ELECTRONICS, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.**   ) <br> ) <br> Defendants.   ) <br> ) | Civil Action No. 2:14-cv-911 (lead case) <br> Civil Action No. 2:14-cv-912 (consolidated) <br><br> **JURY TRIAL DEMANDED** |

**LG ELECTRONICS, INC. AND LG ELECTRONICS MOBILECOMM U.S.A., INC.'S
<u>PROPOSED VERDICT FORM</u>**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

As used herein, "Core Wireless" means Core Wireless Licensing S.a.r.l. and "LG" means "LG Electronics, Inc." and "LG Electronics Mobilecomm U.S.A., Inc." As used herein, "'020 Patent" means U.S. Patent No. 8,434,020; "'476 Patent" means U.S. Patent No. 8,713,476; "'671 Patent" means U.S. Patent No. 8,498,671; "'667 Patent" means U.S. Patent No. 7,072,667; "'823 Patent" means U.S. Patent No. 5,907,823; "'321 Patent" means U.S. Patent No. 6,266,321; "'151 Patent" means U.S. Patent No. 6,477,151; "'536 Patent" means U.S. Patent No. 6,633,536; "'143 Patent" means U.S. Patent No. 6,978,143; "'850 Patent" means U.S. Patent No. 7,804,850; "'049 Patent" means U.S. Patent No. 8,165,049; "'398 Patent" means U.S. Patent No. 8,792,398;"'634 Patent" means U.S. Patent No. 5,946,634; "'022 Patent" means U.S. Patent No. 7,383,022; "'271 Patent" means U.S. Patent No. 7,529,271; "'664 Patent" means U.S. Patent No. 7,599,664; "'818 Patent" means U.S. Patent No. 7,782,818; and "'828 Patent" means U.S. Patent No. RE44,828.

1

**QUESTION 1:**

Did Core Wireless prove by a preponderance of the evidence that LG infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

**'020 Patent**

    Claim 1     _____

    Claim 2     _____

    Claim 8     _____

    Claim 11     _____

    Claim 13     _____

**'476 Patent**

    Claim 1     _____

    Claim 8     _____

    Claim 9     _____

    Claim 20     _____

    Claim 29     _____

**'671 Patent**

    Claim 1     _____

    Claim 4     _____

    Claim 5     _____

    Claim 8     _____

    Claim 11     _____

**'667 Patent**

    Claim 12    _____

    Claim 13    _____

**'823 Patent**

    Claim 1    _____

    Claim 2    _____

    Claim 3    _____

    Claim 20    _____

**'321 Patent**

    Claim 8    _____

    Claim 10    _____

    Claim 14    _____

**'151 Patent**

    Claim 14    _____

**'536 Patent**

    Claim 1    _____

    Claim 17    _____

    Claim 19    _____

**'143 Patent**

    Claim 17    _____

    Claim 18    _____

**'850 Patent**

    Claim 21    _____

**'049 Patent**

    Claim 11 _____

    Claim 14 _____

    Claim 15 _____

**'398 Patent**

    Claim 10 _____

**'634 Patent**

    Claim 1 _____

    Claim 4 _____

    Claim 23 _____

**'022 Patent**

    Claim 7 _____

**'664 Patent**

    Claim 14 _____

    Claim 16 _____

    Claim 17 _____

**'271 Patent**

    Claim 20 _____

**'818 Patent**

    Claim 31 _____

    Claim 34 _____

    Claim 43 _____

**'828 Patent**

   Claim 20  _____

ANSWER QUESTIONS 2 THROUGH 23 ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" FOR QUESTION 1 ABOVE – OTHERWISE STOP AND DO NOT ANSWER ANY FURTHER QUESTIONS.

**QUESTION 2:**

Did LG prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid?

**If you find the claims invalid, answer "Yes," otherwise, answer "No."**

**'020 Patent**

   Claim 1  _____

   Claim 2  _____

   Claim 8  _____

   Claim 11  _____

   Claim 13  _____

**'476 Patent**

   Claim 1  _____

   Claim 8  _____

   Claim 9  _____

   Claim 20  _____

   Claim 29  _____

**'671 Patent**

    Claim 1   _____

    Claim 4   _____

    Claim 5   _____

    Claim 8   _____

    Claim 11   _____

**'667 Patent**

    Claim 12   _____

    Claim 13   _____

**'823 Patent**

    Claim 1   _____

    Claim 2   _____

    Claim 3   _____

    Claim 20   _____

**'321 Patent**

    Claim 8   _____

    Claim 10   _____

    Claim 14   _____

**'151 Patent**

    Claim 14   _____

**'536 Patent**

    Claim 1     _____

    Claim 17     _____

    Claim 19     _____

**'143 Patent**

    Claim 17     _____

    Claim 18     _____

**'850 Patent**

    Claim 21     _____

**'049 Patent**

    Claim 11     _____

    Claim 14     _____

    Claim 15     _____

**'398 Patent**

    Claim 10     _____

**'634 Patent**

    Claim 1     _____

    Claim 4     _____

    Claim 23     _____

**'022 Patent**

    Claim 7     _____

**'664 Patent**

    Claim 14    _____

    Claim 16    _____

    Claim 17    _____

**'271 Patent**

    Claim 20    _____

**'818 Patent**

    Claim 31    _____

    Claim 34    _____

    Claim 43    _____

**'828 Patent**

    Claim 20    _____

**QUESTION 3:**

Did LG prove by clear and convincing evidence that the claims of the '667 are unenforceable due to inequitable conduct?

Answer "Yes" or "No"  _____.

ANSWER QUESTION 4 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '020 PATENT TO BE INFRINGED **AND** NOT INVALID.

**QUESTION 4:**

When did Core Wireless provide Notice to LG of its infringement of the '020 Patent?

ANSWER QUESTION 5 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '476 PATENT TO BE INFRINGED **AND** NOT INVALID.

**QUESTION 5:**

When did Core Wireless provide Notice to LG of its infringement of the '476 Patent?


ANSWER QUESTION 6 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '671 PATENT TO BE INFRINGED **AND** NOT INVALID.

**QUESTION 6:**

When did Core Wireless provide Notice to LG of its infringement of the '671 Patent?


ANSWER QUESTION 7 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '667 PATENT TO BE INFRINGED, NOT INVALID **AND** NOT UNENFORCEABLE.

**QUESTION 7:**

When did Core Wireless provide Notice to LG of its infringement of the '667 Patent?


ANSWER QUESTION 8 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '823 PATENT TO BE INFRINGED **AND** NOT INVALID.

**QUESTION 8:**

When did Core Wireless provide Notice to LG of its infringement of the '823 Patent?

ANSWER QUESTION 9 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '020 and '476 PATENTS TO BE INFRINGED **AND** NOT INVALID.

**QUESTION 9:**

What sum of money, if paid now, do you find from a preponderance of the evidence would comprise a reasonable royalty for infringement of the '020/476 patents?

$ _____

ANSWER QUESTION 10 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '671 PATENT TO BE INFRINGED **AND** NOT INVALID.

**QUESTION 10:**

What sum of money, if paid now, do you find from a preponderance of the evidence would comprise a reasonable royalty for infringement of the '671 patent?

$ _____

ANSWER QUESTION 11 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '667 PATENT TO BE INFRINGED, NOT INVALID **AND** NOT UNENFORCEABLE.

**QUESTION 11:**

What sum of money, if paid now, do you find from a preponderance of the evidence would comprise a reasonable royalty for infringement of the '667 patent?

$ _____

ANSWER QUESTION 12 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '823 PATENT TO BE INFRINGED **AND** NOT INVALID.

**QUESTION 12:**

What sum of money, if paid now, do you find from a preponderance of the evidence would comprise a reasonable royalty for infringement of the '823 patent?

$ _____

ANSWER QUESTION 13 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '321 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 13:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '321 patent?

$ _____

ANSWER QUESTION 14 ONLY IF YOU HAVE FOUND THE ASSERTED CLAIM OF THE '151 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 14:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '151 patent?

$ _____

ANSWER QUESTION 15 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '536 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 15:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '536 patent?

$ _____

ANSWER QUESTION 16 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '143 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 16:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '143 patent?

$ _____

ANSWER QUESTION 17 ONLY IF YOU HAVE FOUND THE ASSERTED CLAIM OF THE '850 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 17:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '850 patent?

$ _____

ANSWER QUESTION 18 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '049 PATENT OR THE '398 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 18:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '049/'398 patents?

$ _____

ANSWER QUESTION 19 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '634 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 19:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '634 patent?

$_____

ANSWER QUESTION 20 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '022 PATENT OR THE '664 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 20:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '022/'664 patents?

$_____

ANSWER QUESTION 21 ONLY IF YOU HAVE FOUND THE ASSERTED CLAIM OF THE '271 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 21:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '271 patent?

$_____

ANSWER QUESTION 22 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '818 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 22:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '818 patent?

$ _____

ANSWER QUESTION 23 ONLY IF YOU HAVE FOUND THE ASSERTED CLAIM OF THE '828 PATENT TO BE INFRINGED AND NOT INVALID.

**QUESTION 23:**

What sum of money, if paid now in case, do you find from a preponderance of the evidence would fairly and reasonably compensate Core Wireless for infringement of the '828 patent?

$ _____

ANSWER QUESTION 24 ONLY IF YOU ANSWERED AT LEAST ONE OF QUESTIONS 4 THROUGH 23.

**QUESTION 24:**

Are the amounts of money you found in Questions 3 through 13 one-time lump sums for past and future sales, or royalties for past sales only?

**Check one of the following:**

One-time lump sums   _____

-OR-

Royalties for past sales   _____

14

ANSWER QUESTIONS 25 AND 26 ONLY IF YOU FOUND AT LEAST ONE CLAIM INFRINGED AND NOT INVALID.

**QUESTION 25:**

Did LG prove by a preponderance of the evidence that the sales of chipsets by Qualcomm were authorized under a license?

**Check one of the following:**

Yes  _____

-OR-

No  _____

**QUESTION 26:**

Did LG prove by a preponderance of the evidence that Core Wireless is barred by patent exhaustion from enforcing the asserted patents that Core Wireless asserts are standard essential?

**Check one of the following:**

Yes  _____

-OR-

No  _____