# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | § § § | Case No. 2:14-cv-911-JRG-RSP (lead) |
| v. | § § | |
| LG ELECTRONICS, INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC. | § § § § | Case No. 2:14-cv-912-JRG-RSP (consolidated) |

## **ORDER**

In light of the parties' representations at the pretrial conference (Dkt. No. 379) together with the Court's Orders dismissing counts 1 and 3 of Core's complaint in the 2:14-cv-912 action (Dkt. Nos. 371, 393), the following motions are hereby TERMINATED AS MOOT: Dkt. Nos. 134, 220, 271, 272, 274, 277 and 292.

**SIGNED this 24th day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE