IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L.,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.<br><br>Defendants. | Case No. 2:14-cv-911-JRG-RSP<br><br>Jury Trial Demanded |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

As used herein, "Core Wireless" means Core Wireless Licensing S.a.r.l. and "LG" means "LG Electronics, Inc." and "LG Electronics Mobilecomm U.S.A., Inc." As used herein, "'020 Patent" means U.S. Patent No. 8,434,020; and "'476 Patent" means U.S. Patent No. 8,713,476.

## QUESTION 1:

Did Core Wireless prove by a preponderance of the evidence that LG infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

### '020 Patent

    Claim 11    yes

    Claim 13    yes

### '476 Patent

    Claim 8    yes

    Claim 9    yes

1

ANSWER THIS NEXT QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" TO IN QUESTION 1 ABOVE—OTHERWISE DO NOT ANSWER THIS QUESTION.

**QUESTION 2:**

Did LG prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid?

**If you find the claims invalid, answer "Yes," otherwise, answer "No."**

'020 Patent

    Claim 11    no

    Claim 13    no

'476 Patent

    Claim 8    no

    Claim 9    no

ANSWER QUESTION 3 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '020 AND/OR '476 PATENTS TO BE INFRINGED AND NOT INVALID.

**QUESTION 3:**

What sum of money do you find by a preponderance of the evidence would reasonably compensate Core Wireless for infringement of the '020 and/or '476 patents though the date of this trial?

$ __3,500,000.00  (#3.5 million)__

Signed this 24 day of March, 2016

**JURY FOREPERSON**