IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L, | § | |
|     *Plaintiff*, | § | Civil Action No. 2:14-cv-911-JRG-RSP |
| | § | LEAD CASE |
| v. | § | |
| | § | |
| LG ELECTRONICS, INC. AND LG | § | Civil Action No. 2:14-cv-912-JRG-RSP |
| ELECTRONICS MOBILECOMM U.S.A., | § | |
| INC., | § | |
|     *Defendants*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation ("Recommendation") filed by Magistrate Judge Payne on July 12, 2016 (Dkt. No. 519), which provided recommendations regarding various Motions *in Limine* filed by Plaintiff and Defendants. Defendants object to Magistrate Judge Payne's recommendations regarding Motion *in Limine* Nos. 1 and 4 (Dkt. No. 526). After considering the Objections filed by Defendants (Dkt. No. 526), the Court adopts the Recommendation in full. It is, therefore,

ORDERED that the Recommendation filed by Magistrate Judge Payne on July 12, 2016 (Dkt. No. 519) is hereby ADOPTED in full.

SO ORDERED and signed this 8th day of September, 2016.

Rodney Gilstrap
United States District Judge