IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | § § | |
| Plaintiff, | § § | Civil Action No. 2:14-cv-00911-JRG-RSP |
| v. | § § | LEAD CASE |
| LG ELECTRONICS, INC. ET AL., | § § | Civil Action No. 2:14-cv-00912-JRG-RSP |
| Defendant. | § § § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

As used herein, "Core Wireless" means Core Wireless Licensing S.a.r.l. and "LG" means both "LG Electronics, Inc." and "LG Electronics Mobilecomm U.S.A., Inc." As used herein, "'536 Patent" means U.S. Patent No. 6,633,536; and "'850 Patent" means U.S. Patent No. 7,804,850.

## QUESTION 1:

Did Core Wireless prove by a preponderance of the evidence that LG infringes the following claims of the following patents?

Answer "Yes" or "No" for each Claim.

'536 Patent

    Claim 19    _Yes_

'850 Patent

    Claim 21    _Yes_

If you answered "No" to both of the above questions, you should not answer any further questions, and in that case, your foreperson should date and sign the last page of this verdict form, and you should notify the Court Security Officer that you have reached a verdict.

ANSWER THIS NEXT QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" TO IN QUESTION 1 ABOVE—OTHERWISE DO NOT ANSWER THIS QUESTION.

**QUESTION 2:**

Did LG prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid?

**If you find the claims invalid, answer "Yes," otherwise, answer "No."**

'536 Patent

    Claim 19    NO

'850 Patent

    Claim 21    NO

If you answered "Yes" to both of the above questions, you should not answer any further questions, and in that case, your foreperson should date and sign the last page of this verdict form, and you should notify the Court Security Officer that you have reached a verdict.

ANSWER THIS NEXT QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" TO IN QUESTION 1 ABOVE—OTHERWISE DO NOT ANSWER THIS QUESTION.

**QUESTION 3:**

Did Core Wireless prove by a preponderance of the evidence that any of the asserted claims of the following patents are willfully infringed by LG?

If you find the claims were willfully infringed, answer "Yes," otherwise, answer "No."

'536 Patent

    Claim 19    _Yes_

'850 Patent

    Claim 21    _Yes_

ANSWER QUESTION 4 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE CORE WIRELESS PATENTS TO BE INFRINGED AND NOT INVALID.

**QUESTION 4:**

(A) For the claims you have found LG infringed, what sum of money do you find by a preponderance of the evidence would reasonably compensate Core Wireless?

$ __2.28 Million__

(B) Is this monetary award a lump sum or a running royalty?

**Check one of the following:**

Lump sum: _____

-OR-

Running royalty: __✓__

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this __16__ day of September, 2016.

_____
Jury Foreperson