# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING, S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. and <br> LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | No. 2:14-cv-00911-JRG-RSP |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Core Wireless Licensing S.à r.l. ("Plaintiff") and Defendants LG Electronics, Inc. and LG Electronics U.S.A, Inc. ("LG") have resolved Plaintiff's claims for relief against LG and LG's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and LG, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against LG with prejudice and LG's claims, defenses or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Date: October 29, 2020

Respectfully submitted,

By: */s/ Marc A. Fenster*

Marc A. Fenster
Reza Mirzaie
RUSS AUGUST & KABAT
12424 Wilshire Blvd 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
Email: mafenster@raklaw.com

By: */s/ Nathaniel C. Love*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Email:  rmirzaie@raklaw.com

*Counsel for Plaintiff-Appellee*
*CORE WIRELESS LICENSING* S.A.R.L.,

Richard A. Cederoth
Nathaniel C. Love
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email:  rcederoth@sidley.com
Email:  nlove@sidley.com

ATTORNEYS FOR DEFENDANTS
LG ELECTRONICS AND
LG ELECTRONICS U.SA., INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 29th day of October, 2020.